## IN THE MATTER OF OSBORNE.

(SUPREME COURT DISCIPLINARY NO. 132)

PER CURIAM.

The respondent, Harry A. Osborne, attorney, having filed an amended petition for voluntary discipline, namely a public

reprimand, and the special master having recommended that respondent's amended petition be accepted and that respondent receive a public reprimand, the decision of the special master is approved and it is ordered that Harry A. Osborne receive a public reprimand as provided by the rules of the State Bar of Georgia.

*It is so ordered. All the Justices concur.*

DECIDED FEBRUARY 17, 1981.

*Omer W. Franklin, Jr., General Counsel State Bar, Viola L. Sellers, Assistant General Counsel State Bar,* for State Bar of Georgia.

*G. Robert Oliver,* for Osborne.

